IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01010-DME-MEH

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,

      Plaintiff,

v.

SUMMIT PRESSED BRICK AND TILE COMPANY, d/b/a SUMMIT BRICK COMPANY, a Colorado corporation,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice.  The Court has considered this subject stipulation and believes itself fully advised.

IT IS ORDERED THAT that this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.

Dated:  December 13, 2010

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE